**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-62339-CIV-DAMIAN**

**ZEPHYRIN VICTOR**,

      Plaintiff,

v.

**AE MANAGEMENT, LLC**,

      Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff, Zephyrin Victor's, Notice of Settlement, filed on January 27, 2025 [ECF No. 5 (the "Notice")], indicating the parties have reached an agreement to settle all issues in this matter. The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) within **forty-five (45) days** of the date of this Order.

2.      If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.    The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All pending deadlines are **STAYED**.

Failure to timely file the notice of voluntary dismissal or stipulation of dismissal or seek an extension of time within which to do so may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**